# ROURKE & ROSENBERG, LLC
### ATTORNEYS-AT-LAW
### 3701 OLD COURT ROAD, SUITE 17
### BALTIMORE, MARYLAND 21208

CYNTHIA B. ROSENBERG
STEPHEN R. ROURKE *

*ALSO ADMITTED IN DC AND PA

TELEPHONE: (410) 484-4757
FACSIMILE: (410) 484-4915
E-MAIL: ROROLAW@AOL.COM OR
IMMIGRATIONATTY@AOL.COM

June 6, 2000

**VIA FACSIMILE (410) 962-2698 AND FIRST-CLASS MAIL**

The Hon. J. Frederick Motz
Chief Judge
U.S. District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      RE:   **Catherine Parker and John M. Parker**
               **v. Frank's Nursery & Crafts, Inc.**
               **U.S. District Court for the District of Maryland**
               **Case Number: JFM-00-CV1292**

Dear Judge Motz:

      Pursuant to your order dated May 23, 2000, in the above-referenced matter, this office estimates that it will need, to effectively proceed in the Parkers' interests, up to 36 hours to depose up to 12 witnesses. Prior counsel for the Defendant provided the names and addresses of these witnesses. By copy of this letter, I am likewise informing current counsel for the Defendant of this estimate.

      Your Honor's consideration of our request regarding deposition hours is appreciated. Please contact me if you have any questions.

                                 Sincerely,

                                 Stephen R. Rourke

cc: Michael A. Brown, Esq. [via facsimile (410) 837-5696 and first class mail]
     Catherine and John Parker [via first-class mail only]