

**BROWN, DIFFENDERFFER & KEARNEY, LLP**

Attorneys at Law

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 20 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Tide Point
The Tide Building - Suite 300
1010 Hull Street
Baltimore, Maryland 21230

(410) 296-8500
Fax (410) 296-1559

June 13, 2000

**Via Facsimile and First Class Mail**
**(410) 962-2698**

The Honorable J. Frederick Motz
Chief Judge
United States District Court for the District of Maryland
101 W. Lombard Street
5th Floor, Room 510
Baltimore, Maryland 21201

Re: Catherine Parker and John M. Parker v. Frank's Nursery & Crafts, Inc.
Case No. JFM-00-CV-1292

Dear Judge Motz:

Pursuant to your Order dated May 23, 2000 in the above-captioned matter, this office estimates that it will need, to effectively proceed in defense of the above-captioned case, up to twenty (20) hours to depose the fact witnesses as well as any and all treating physicians. By copy of this letter, I am likewise informing the Plaintiff's attorney regarding this estimate.

Your Honor's consideration of our request regarding the deposition hours is appreciated. Please contact me if you have any questions.

Very truly yours,

Alice S. Chong

ASC:jbt
cc: Michael A. Brown, Esquire
    Stephen R. Rourke, Esquire

Q:\Baltimore\alice\Frank's Nursery\es Parker\Judge Motz ltr.wpd