IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

CATHERINE PARKER                        *

and                                     *

JOHN M. PARKER                          *

      Plaintiffs                    * Civil Action No. JFM00CV1292

    v.                                  *

FRANK'S NURSERY & CRAFTS, INC.          *

      Defendants                    *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

<u>ORDER</u>

Upon review and consideration of Plaintiffs' Motion for Leave of Court for Plaintiffs to Take More Than Ten (10) Depositions on Written Questions, it is hereby ORDERED:

    1.    That their Motion be GRANTED, and

    2.    That the Plaintiffs be granted such other and further relief as the nature of their cause may require.

———FILED ———ENTERED
———LODGED ———RECEIVED

SEP 1 ~ 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

                                U.S. District Court Judge,
                                U.S. District Court for the
                                District of Maryland
                                (Northern Division)

