IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

CATHERINE PARKER          *

and                       *

JOHN M. PARKER            *

    Plaintiffs           *     Civil Action No. JFM00CV1292

v.                                *

FRANK'S NURSERY & CRAFTS, INC.
                          *

    Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED ORDER

Upon consideration of Defendant, Frank's Nursery & Crafts, Inc., Consent Motion to Modify Scheduling Order filed by the Defendant in the above captioned case, it is this _____ day of _____, 2000.

ORDERED, that the Motion to Modify Scheduling Order, be and hereby is **GRANTED**, and it is further

ORDERED, that discovery be completed no later than December 8, 2000, *and that a status report be submitted on December 8, 2000*, and it is further

ORDERED, that dispositive pretrial motions be provided no later than January 19, 2001, and it is further

ORDERED, that the trial be scheduled the two week period beginning on April 30, 2001.

                                                    _____
                                                  JUDGE
                                                  United States District Court