IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **CATHERINE PARKER** | * | |
| and | * | |
| **JOHN M. PARKER** | * | |
| Plaintiffs | * | Civil Action No. JFM00CV1292 |
| v. | * | |
| **FRANK'S NURSERY & CRAFTS, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Dear Sir/Madam Clerk:

Kindly be advised that Defendant wishes to withdraw their Motion to Compel.

Michael A. Brown, Esq. (Fed. Bar #07483)
Alice S. Chong, Esq. (Fed. Bar #013769)
BROWN, DIFFENDERFFER & KEARNEY, LLP
The Tide Building, Suite 300
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500
**Attorneys for Defendant**