IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

CATHERINE PARKER                          *

and                                       *

JOHN M. PARKER                            *

        Plaintiffs                        * Civil Action No. JFM00CV1292

    v.                                    *

FRANK'S NURSERY & CRAFTS, INC.            *

        Defendants                        *

*    *    *    *    *    *    *    *    *    *    *    *    *

ORDER

Upon review and consideration of Plaintiffs' Motion for

Extension of Time to File Opposition Memorandum to Defendant's

Motion for Summary Judgment, it is hereby ORDERED:

    1.    That their Motion be GRANTED, and

    2.    That the Plaintiffs be granted such other and further

relief as the nature of their cause may require.

FILED    ENTERED

FEB 2 2001

CLERK
DISTRICT OF MARYLAND    DEPUTY

BY

_____
U.S. District Court Judge,
U.S. District Court for the
District of Maryland
(Northern Division)